UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTOPHER D. MILLS,

    Plaintiff,

v.

LT. SARAH REED and FLORIDA
DEPARTMENT OF CORRECTIONS,

    Defendants.

_____

Case No: 5:21-cv-309-WFJ-PRL

## ORDER

Plaintiff initiated this action on June 2, 2021 by filing a *pro se* Civil Rights Complaint (Doc. 1). On July 13, 2021, Plaintiff was ordered to either submit the filing fee or complete and file an Affidavit of Indigency within twenty-one days of the Order. (Doc. 9). As of the date of this Order, Plaintiff has not filed a motion to proceed *in forma pauperis*, paid the filing fee, or requested an extension of time in which to do so.

ACCORDINGLY, it is hereby

**ORDERED:**

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of Court** is directed to enter judgment accordingly, terminate any pending motions, and close this file.

**DONE** and **ORDERED** in Tampa, Florida on September 7, 2021.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE